UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ] | |
| ] | |
| v. ] | Criminal No. **4:21-cr-138** |
| ] | |
| **ADVANCED POWDER** ] | |
| **SOLUTIONS, INC.** ] | |

# CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

## GENERAL ALLEGATIONS

At all times relevant to this Information:

1. The Resource Conservation and Recovery Act (RCRA) was enacted by Congress to address the problem of hazardous waste treatment, storage, and disposal in the United States. 42. U.S.C. § 6901 *et seq.* The intent of RCRA is to protect human health and the environment by requiring the proper and safe management of hazardous waste from the time it is created until the time it is disposed, and at all points in between.

2. RCRA regulates the generation, treatment, storage, transportation, and disposal of hazardous wastes by establishing a system of management standards, notifications, reports, manifest, and permits. This system of continually tracking hazardous waste is often referred to as "cradle-to-grave" management.

3. RCRA prohibits the treatment, storage, or disposal of hazardous waste without a permit issued under RCRA. RCRA permits are issued by the U.S. Environmental Protection

1

Agency (EPA) or by an EPA-authorized state. At all times relevant to this indictment, the State of Texas, through the Texas Commission on Environmental Quality (TCEQ), was authorized to issue and enforce RCRA permits and regulations in the State of Texas. 42 U.S.C. 6926; 30 T.A.C. Chapter 335.

4. RCRA requires the EPA to identify and list "hazardous wastes." 42 U.S.C. § 6921. Wastes are hazardous either by virtue of their characteristics, for example ignitability, reactivity or toxicity, or because they are specifically listed by the EPA through published regulations. 40 C.F.R. § 261.20 *et seq.*

### The Defendant

5. Defendant **ADVANCED POWDER SOLUTIONS, INC., (APS**) is a domestic for-profit corporation registered in the State of Texas with a corporate address of 14102 Halprin Creek Drive, Cypress, Texas and an operational building located at 12245 FM 529, Building B and H, Houston, Texas. Dean Baker (deceased) was identified as the Director and Chief Executive Officer of APS. Martha Baker is identified as Director, and Office Manager of APS.

6. **APS** was engaged in producing powder coating materials for the aerospace, oil and gas, medicine and additive manufacturing customers.

7. On August 14, 2016, Harris County Pollution Control Services (HCPCS) responded to a fire at SK Scrap Metal, 14907 Treichel Road, Tomball, Texas. According to the first responders, approximately 10-15 drums had caught on fire, producing a brilliant white light

which indicated that the drums likely contained reactive metal such as magnesium or aluminum.

8. The owners of SK Scrap stated that they purchased the aluminum powder on August 12, 2016. They later determined from a label on one of the drums that the powders in the drums had originated from APS. The drums were returned to Baker at APS on August 30, 2016.

9. On August 17, 2016, the Harris County Fire Marshal (HCFM) received an anonymous complaint alleging significant hazards at APS. The complaint stated that APS was exposing employees, first responders and the community to hazards without proper permits, engineering controls, training and supervision and included specific references to chemicals at the APS facility such as magnesium powder, nickel carbonyl and triethyl aluminum. Based on this information, HCFM conducted an inspection at the APS and noted six failures, specifically: combustible waste materials could accumulate; the portable fire extinguishers were blocked or inaccessible; emergency lighting was not installed; exit signs were not installed; no hazardous materials inventory statement was produced; and barrels and containers were not labeled and missing hazard identification signs.

10. On September 1, 2016, in follow up to the drum fire at SK Scrap, HCPCS conducted a site inspection at APS, the source of the aluminum-magnesium powder that had been the cause of the fire.

11. Baker acknowledged the powder sold to SK Scrap was generated by APS. The facility was inspected, and investigators observed the 30-55-gallon drums that Baker stated contained the powder. Baker explained that it was not a pure material since it consisted of aluminum, magnesium, nickel, iron and sand.

12. On October 6, 2016, HCPCS issued a Notice of Violation (NOV) to Baker at APS for violations of TCEQ Industrial Solid Waste and Municipal Hazardous Waste Regulations, Title 30, TAC, Chapter 335, Section 335.5(a); 335.4(1) and 335.62. The violations noted included: storing, processing, or disposing of an industrial solid waste or municipal hazardous waste without a permit and failure to determine hazardous waste generation from activities conducted by APS.

13. On or about February 22, 2018, the EPA's Criminal Investigation Division (CID) executed a search warrant at APS premises. EPA CID, assisted by EPA's National Enforcement Investigations Center (NEIC), discovered numerous containers of hazardous waste powder. NEIC sampled and analyzed some of the containers and determined that most of the containers were found to have the RCRA reactivity characteristic property of forming potentially explosive mixtures with water because of their metallic magnesium content. 40 C.F.R. § 261.23.

14. According to the Department of Defense (DoD) contract (SP4701-15-C-7005) in the amount of $979,527.00 and a Department of Energy (DOE) contract (DE-SC0015743) in the amount of $1,149,989 were both active during the timeframe alleged in this Information and acknowledge compliance with hazardous waste requirements. (Specifically, the DoD Statement of Work there is reference to clause (DFARS) 252.223-7006: "Prohibition on Storage, Treatment, and Disposal of Toxic or Hazardous Materials..." as well as the DOE Clause FA-TC-0015 – Compliance with Federal, State, and Municipal Requirements within Special Terms and Conditions.)

15. APS did not have a permit to store hazardous waste at any time relevant to this Information.

## COUNT ONE

### (Illegal Storage of Hazardous Waste)

The United States Attorney realleges paragraphs 1 through 15 and incorporates them herein.

From on or about August 30, 2016, and continuing through on or about February 22, 2018, in Houston, Texas, within the Southern District of Texas, the defendant,

**ADVANCED POWDER SOLUTIONS, INC.,**

did knowingly store or cause to be stored hazardous wastes, without a permit issued pursuant to RCRA. All in violation of Title 42, United States Code, section 6928(d)(2)(A), and Title 18, United States Code, section 2.

Jennifer Lowery
Acting United States Attorney
Southern District of Texas

_____
KRISTINA GONZALES
Special Assistant United States Attorney

_____
STEVEN T. SCHAMMEL
Assistant United States Attorney